# SUBIN ASSOCIATES, L.L.P.

### COUNSELORS AT LAW
### 291 BROADWAY - 9TH FLOOR
### NEW YORK, NY 10007

COUNSEL

**BERT W. SUBIN**○

HERBERT S. SUBIN+
CHRISTOPHER W. AMBLER+
GREGORY T. CERCHIONE

GENE L. CHERTOCK*▲
CHARLES J. HUROWITZ

(212) 285-3800

○1930-1991
*Member New York & New Jersey Bars
▲Member New York & Pennsylvania Bars
+Member New York & Connecticut Bars

OFFICE MANAGER
MARIE DONADIO

May 7, 2008

Hon. Peter G. Sheridan
USDC New Jersey
US Courthouse Building Federal Square
Newark, N.J. 07101

*6/4/08*
*Order dated*
*Mar. 24, 2008*
*is vacated. Case*
*is restored to*
*active list*
*Peter Sheridan*

Re: Rodriguez vs. Scherer
Docket # CIV-07-3035 (PGS)

Dear J. Sheridan:

You issued the within order in March as the case settled for Angela Rodriguez and Francisco Pineda and a proposed settlement was pending for the infant Jawced Rodriguez. We filed an infant's compromise petition for the infant, however that petition has been rejected by Judge Lisbeth Gonzalez of the Bronx Civil Court. At this time it appears that she will not approve the settlement at this time.

We therefore must request that this action be restored and that your Order of March 24, 2008 be vacated with respect to the infant. I believe it would be appropriate to schedule a hearing or a mediation (before a discovery order is submitted and before discovery proceeds) so we can discuss this matter and decide how best to proceed. As the defendant has not yet appeared in this action I am forwarding a copy of this request to the carrier.

Thank you for your involvement in this matter.

Very truly yours,

Gene L. Chertock, Esq.

GLC/ld
Cc: Mr. Tony D'Agastino
First Trenton Indemnity
6 Century Drive
Parsippany, N.J. 07054
Claim # 238 PPL2S 7502K