UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAWCED RODRIGUEZ, an infant by his mother and natural guardian ANGELA ROSARIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FRANK H. SCHERER, et al.,<br><br>Defendants. | Civil Action No. 07-3035 (PGS)<br><br>**ORDER** |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter, and

WHEREAS, the Hon. Lizbeth Gonzalez, J.C.C. of the Bronx County Civil Court has approved the settlement of this matter on behalf of the minor, Jawced Rodriguez,

IT IS on this 17th day of December, 2008,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the settlement.

_____
PETER G. SHERIDAN, U.S.D.J.